In the Matter of MICHAEL J. BARRY, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.

Argued November 20, 1952; decided April 9, 1953.

*Monroe I. Katcher, II,* for appellant.

*Alvin McKinley Sylvester* and *Robert W. Corcoran* for respondents.

placement handled below.

Order affirmed, without costs. Upon the facts and circumstances presented by this record we affirm. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.